1  Steven R. Blackburn, State Bar No. 154797
   Rachel S. Hulst, State Bar No. 197330
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  rhulst@ebglaw.com

6  Attorneys for Defendants
   C&H Sugar Company, Inc. and
7  Kyle Stradleigh

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 JOAQUIN LEAL,                              CASE NO.

11            Plaintiffs,                     DEFENDANT C&H'S CERTIFICATION
                                              OF INTERESTED ENTITIES AND
12        v.                                  CORPORATE DISCLOSURE
                                              STATEMENT
13 C & H SUGAR COMPANY, INC.;
   KYLE STRADLEIGH (in his individual and     [USDC Northern District Local Rule 3-16,
14 professional capacities); and              FRCP 7.1]
   DOES 1 through 100 Inclusive,
15
              Defendants.
16

17         Pursuant to United States District Court, Northern District Local Rule 3-16 and Federal

18 Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendant C&H SUGAR

19 COMPANY, INC. certifies that as of this date, the following non-party entity has an interest in

20 the subject matter in controversy that could be substantially affected by the outcome of this

21 proceeding: American Sugar Refining, Inc. American Sugar Refining, Inc. is a parent company

22 of C&H, owning 100% of its stock.

23 DATED: April 17, 2008                      EPSTEIN BECKER & GREEN, P.C.
24
                                              By: _____
25                                                 Steven R. Blackburn
                                                   Rachel S. Hulst
26                                            Attorneys for Defendants
                                              C & H SUGAR COMPANY, INC. and
27                                            KYLE STRADLEIGH
28