Steven R. Blackburn, State Bar No. 154797
Rachel S. Hulst, State Bar No. 197330
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile:  415.398.0955
sblackburn@ebglaw.com
rhulst@ebglaw.com

Attorneys for Defendants
C&H Sugar Company, Inc. and
Kyle Stradleigh

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LEAL,<br><br>          Plaintiffs,<br><br>     v.<br><br>C & H SUGAR COMPANY, INC.;<br>KYLE STRADLEIGH (in his individual and professional capacities); and<br>DOES 1 through 100 Inclusive,<br><br>          Defendants. | CASE NO. CV 08-2030EMC<br><br>**PROOF OF SERVICE OF INITIAL DOCUMENTS** |

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1.  At the time of service I was at least 18 years of age and **not a party to this legal action**.

2.  My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

SF:167649v1

3.  I served copies of the following documents:

    - **CIVIL CASE COVER SHEET**
    - **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**
    - **DROP BOX FILING PROCEDURES**
    - **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
    - **[BLANK] CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE**
    - **[BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**
    - **ECF REGISTRATION INFORMATION HANDOUT**
    - **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
    - **STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN**
    - **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

4.  I served the documents listed above in item 3 on the following persons at the addresses listed:

    Amanda Uhrhammer  
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer  
    1912 "I" Street  
    Sacramento, CA 95814  

    *Attorneys for Plaintiff*  
    Tel.  (916) 446-4692  
    Fax  (916) 447-4614

5.  ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

- 2 -

SF:167649v1

Proof of Service for Initial Documents  
Case No. C08-0230EMC

    (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6. I served the documents by the means described in item 5 on *(date):* April 18, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 4/18/08 | VIRGINIA LI | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

SF:167649v1

Proof of Service for Initial Documents
Case No. C08-0230EMC