```
 1  Steven R. Blackburn, State Bar No. 154797
    Rachel S. Hulst, State Bar No. 197330
 2  Andrew J. Sommer, State Bar No. 192844
    EPSTEIN BECKER & GREEN, P.C.
 3  One California Street, 26th Floor
    San Francisco, California 94111-5427
 4  Telephone:  415.398.3500
    Facsimile:  415.398.0955
 5  sblackburn@ebglaw.com
    rhulst@ebglaw.com
 6  asommer@ebglaw.com

 7  Attorneys for Defendants
    C&H SUGAR COMPANY, INC. and
 8  KYLE STRADLEIGH
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LEAL,<br><br>            Plaintiffs,<br><br>     v.<br><br>C & H SUGAR COMPANY, INC.;<br>KYLE STRADLEIGH (in his individual and<br>professional capacities); and<br>DOES 1 through 100 Inclusive,<br><br>            Defendants. | CASE NO.  08-2030EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: June 5, 2008                          EPSTEIN BECKER & GREEN, P.C.



                                             By: _____
                                                 Steven R. Blackburn
                                                 Rachel S. Hulst
                                                 Andrew J. Sommer
                                             Attorneys for Defendants
                                             C & H SUGAR COMPANY, INC. and
                                             KYLE STRADLEIGH