1  Steven R. Blackburn, Esq., State Bar No. 154797
   Andrew J. Sommer, Esq., State Bar No. 192844
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:   415.398.3500
4  Facsimile:   415.398.0955
   E-mail:      asommer@ebglaw.com
5
   Attorneys for Defendants,
6  C&H Sugar Company, Inc.
   and Kyle Stradleigh
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| JOAQUIN LEAL, | **CASE NO. 08-2030 JSW** |
|---|---|
| Plaintiff, | **E-Filing** |
| v. | |
| C & H SUGAR COMPANY, INC.; KYLE STRADLEIGH (in his individual and professional capacities); and DOES 1 through 100 Inclusive, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| Defendants. | |

Pursuant to Civ. L.R. 16 (b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read either the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*," on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

///
///
///
///
///

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/2/08

_____
Kyle Stradleigh

Dated:

_____
Bill Tarr for C&H Sugar Company, Inc.

Dated:

_____
Andrew J. Sommer
Counsel for C & H SUGAR
COMPANY, INC. and
KYLE STRADLEIGH

- 2 -

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  _____
Kyle Stradleigh

Dated: 7/2/08  _____
C&H Sugar Company, Inc.

Dated:  _____
Andrew J. Sommer
Counsel for C & H SUGAR
COMPANY, INC. and
KYLE STRADLEIGH

- 2 -

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Kyle Stradleigh

Dated: _____

Bill Tarr for C&H Sugar Company, Inc.

Dated: July 2, 2008          /s/ Andrew J. Sommer
                             Counsel for
                             C & H SUGAR COMPANY, INC. and
                             KYLE STRADLEIGH