1  Steven R. Blackburn, Esq., State Bar No. 154797
   Matthew A. Goodin, Esq. State Bar No. 169674
2  Andrew J. Sommer, Esq., State Bar No. 192844
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone:    415.398.3500
   Facsimile:    415.398.0955
5  E-mail:       asommer@ebglaw.com

6  Attorneys for Defendants,
   C&H Sugar Company, Inc.
7  and Kyle Stradleigh

8  Amanda Uhrhammer, Esq., State Bar No. 215580
   MASTAGNI, HOLSTEDT, AMICK,
9  MILLER, JOHNSEN & UHRHAMMER, P.C.
   1921 I Street
10 Sacramento, CA 95814
   Tel:  (916) 446-4692
11 Fax:  (916)447-4614

12 Attorneys for Plaintiff,
   JOAQUIN LEAL
13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16 | JOAQUIN LEAL, | **CASE NO.  08-2030 JSW** |
   |---|---|
17 | Plaintiffs, | **E-Filing** |
   | v. | |
18 | C & H SUGAR COMPANY, INC.; | **STIPULATION AND [PROPOSED]** |
19 | KYLE STRADLEIGH (in his individual and | **ORDER SELECTING ADR PROCESS** |
   | professional capacities); and | |
20 | DOES 1 through 100 Inclusive, | |
21 | Defendants. | |

22

23      Counsel report that they have met and conferred regarding ADR and have stipulated,

24 pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, to participate in mediation.  The parties agree to

25 hold the ADR session 120 days from the date of the order referring the case to an ADR process.

26 ///

27 ///

28 ///

---

SF:176523v1                          Stipulation and [Proposed] Order Selecting ADR Process

07/02/2008 15:46  4153980955  MASTAGNI HOLSTEDT AMIC Fax:916-447-4614  Jul 2 2008 05:02pm P003/003
EPSTEIN BECKER GREEN  PAGE 04/04

Case 3:08-cv-02030-JSW  Document 10  Filed 07/02/2008  Page 2 of 3

Dated: 7/2/8

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER, P.C.

_____
Amanda Uhrhammer, Esq.
Attorneys for Plaintiff
JOAQUIN LEAL

Dated:

EPSTEIN, BECKER & GREEN, P.C.

_____
Steven R. Blackburn, Esq.
Matthew A. Goodin, Esq.
Andrew J. Sommer, Esq.
Attorneys for Defendants
C & H SUGAR COMPANY, INC. and
KYLE STRADLEIGH

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation. The deadline to conduct mediation is 120 days from the date of this order.

IT IS SO ORDERED.

Dated:

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

SF:176523v1

Stipulation and [Proposed] Order Selecting ADR Process
Case No. C08-2030 JSW

1

2    Dated:                                      MASTAGNI, HOLSTEDT, AMICK,
                                                 MILLER, JOHNSEN & UHRHAMMER, P.C.

3

4    _____
                                                 Amanda Uhrhammer, Esq.
                                                 Attorneys for Plaintiff
5                                                JOAQUIN LEAL

6

7    Dated:                                      EPSTEIN, BECKER & GREEN, P.C.

8
                                                 /s/ Andrew J. Sommer
                                                 _____
9                                                Steven R. Blackburn, Esq.
                                                 Matthew A. Goodin, Esq.
10                                               Andrew J. Sommer, Esq.
                                                 Attorneys for Defendants
11                                               C & H SUGAR COMPANY, INC. and
                                                 KYLE STRADLEIGH

12

13

14                                  **[PROPOSED] ORDER**

15   Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.    The

16   deadline to conduct mediation is 120 days from the date of this order.

17   IT IS SO ORDERED.

18   Dated:

19
                                                 _____
20                                               The Honorable Jeffrey S. White
                                                 UNITED STATES  DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

- 2 -