1  Steven R. Blackburn, Esq., State Bar No. 154797
   Matthew A. Goodin, Esq. State Bar No. 169674
2  Andrew J. Sommer, Esq., State Bar No. 192844
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone:    415.398.3500
   Facsimile:    415.398.0955
5  E-mail:       asommer@ebglaw.com

6  Attorneys for Defendants,
   C&H Sugar Company, Inc.
7  and Kyle Stradleigh

8  Amanda Uhrhammer, Esq., State Bar No. 215580
   MASTAGNI, HOLSTEDT, AMICK,
9  MILLER, JOHNSEN & UHRHAMMER, P.C.
   1921 I Street
10 Sacramento, CA 95814
   Tel: (916) 446-4692
11 Fax: (916)447-4614

12
   Attorneys for Plaintiff,
13 JOAQUIN LEAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LEAL,<br><br>  Plaintiffs,<br><br>   v.<br><br>C & H SUGAR COMPANY, INC.;<br>KYLE STRADLEIGH (in his individual and professional capacities); and<br>DOES 1 through 100 Inclusive,<br><br>  Defendants. | **CASE NO. 08-2030 JSW**<br><br>**E-Filing**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have stipulated, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, to participate in mediation. The parties agree to hold the ADR session 120 days from the date of the order referring the case to an ADR process.

///

///

///

07/02/2008 15:46 4153980955 MASTAGNI HOLSTEDT AMIC Fax:916-447-4614 Jul 2 2008 05:02pm P003/003
EPSTEIN BECKER GREEN PAGE 04/04

Case 3:08-cv-02030-JSW   Document 11   Filed 07/03/2008   Page 2 of 3

| | |
|---|---|
| Dated: 7/2/08 | MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER, P.C. |
| | _[signature]_ |
| | Amanda Uhrhammer, Esq. |
| | Attorneys for Plaintiff |
| | JOAQUIN LEAL |
| Dated: | EPSTEIN, BECKER & GREEN, P.C. |
| | _____ |
| | Steven R. Blackburn, Esq. |
| | Matthew A. Goodin, Esq. |
| | Andrew J. Sommer, Esq. |
| | Attorneys for Defendants |
| | C & H SUGAR COMPANY, INC. and |
| | KYLE STRADLEIGH |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation. The deadline to conduct mediation is 120 days from the date of this order.

IT IS SO ORDERED.

Dated:

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| Dated: | MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER, P.C. |
| | |
| | _____ |
| | Amanda Uhrhammer, Esq. |
| | Attorneys for Plaintiff |
| | JOAQUIN LEAL |
| | |
| Dated: | EPSTEIN, BECKER & GREEN, P.C. |
| | |
| | /s/ Andrew J. Sommer |
| | Steven R. Blackburn, Esq. |
| | Matthew A. Goodin, Esq. |
| | Andrew J. Sommer, Esq. |
| | Attorneys for Defendants |
| | C & H SUGAR COMPANY, INC. and |
| | KYLE STRADLEIGH |

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.   The deadline to conduct mediation is 120 days from the date of this order.

IT IS SO ORDERED.

Dated:  July 3, 2008

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

- 2 -