AMANDA UHRHAMMER/SBN 199445
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
A Professional Corporation
1912 I Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff
JOAQUIN LEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LEAL<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>C & H SUGAR COMPANY, INC.;<br>KYLE STRADLEIGH (in his individual<br>and professional capacities); and DOES<br>1 through 100, Inclusive,<br>　　　　　　Defendants. | Case No.   C 08-02030 JSW<br><br>REQUEST AND STIPULATION TO<br>CONTINUE THE JOINT CASE<br>MANAGEMENT CONFERENCE<br><br>Date:   September 5, 2008<br>Time:   1:30 p.m.<br>Courtroom:   2<br>Judge: Hon. Jeffrey S. White |

　　　Plaintiff hereby requests and the parties stipulate to the continuance of the Case Management Conference currently set for September 5, 2008. Plaintiff is requesting this continuance because counsel for Plaintiff, Amanda Uhrhammer, is scheduled to undergo a medical procedure which cannot be delayed on September 4, 2008 and from which she will be recovering on September 5, 2008. Plaintiff is requesting a short continuance and counsel of record for all parties would be prepared to go forward on September 8-11, 15-17, or 23. This request is respectfully submitted.

DATED: August 26, 2008

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER

_/s/ Amanda Uhrhammer_
Amanda Uhrhammer
Attorneys for Plaintiff JOAQUIN LEAL

---

REQUEST AND STIPULATION TO CONTINUE
THE CASE MANAGEMENT CONFERENCE　　　　1　　　　Case No.   C 08-02030 JSW

1

2  DATED: August 26, 2008                    **EPSTEIN, BECKER & GREEN, P.C.**

3                                            _____
                                             Andrew Sommer
4                                            Attorneys for Defendants C&H SUGAR COMPANY,
                                             INC; KYLE STRADLEIGH
5

6

7

8                                     **ORDER**

9

10   Based upon the above and good cause having been shown, IT IS ORDERED that the case

11 management conference scheduled for September 5, 2008 is hereby vacated. The Case Management

12 Conference is rescheduled to take place on _____ at _____ .m in Courtroom 2.

13

14

15                                           _____
                                             JUDGE OF THE UNITED STATES
16                                           DISTRICT COURT-NORTHERN DISTRICT

17

18

19

20

21

22

23

24

25

26

27

28

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

REQUESTED AND STIPULATION TO CONTINUE     Case No.   C 08-02030 JSW
THE CASE MANAGEMENT CONFERENCE      2

| | |
|---|---|
| DATED: August 26, 2008 | EPSTEIN, BECKER & GREEN, P.C.<br><br>_____<br>Andrew Sommer<br>Attorneys for Defendants C&H SUGAR COMPANY,<br>INC; KYLE STRADLEIGH |

ORDER

Based upon the above and good cause having been shown, IT IS ORDERED that the case management conference scheduled for September 5, 2008 is hereby vacated. The Case Management Conference is rescheduled to take place on _____ at _____ .m in Courtroom 2.

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT-NORTHERN DISTRICT

REQUEST AND STIPULATION TO CONTINUE
THE CASE MANAGEMENT CONFERENCE     2     Case No.  C 08-02030 JSW