MASTAGNI HOLSTEDT AMIC Fax:916-447-4614   Aug 28 2008 11:28am P002/003

1  AMANDA UHRHAMMER/SBN 199445
   MASTAGNI, HOLSTEDT, AMICK,
2  MILLER, JOHNSEN & UHRHAMMER
   A Professional Corporation
3  1912 I Street
   Sacramento, CA 95811
4  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
5
   Attorneys for Plaintiff
6  JOAQUIN LEAL

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 JOAQUIN LEAL
11                                          Case No.   C 08-02030 JSW
              Plaintiffs,
12 v.                                       REQUEST AND STIPULATION TO
                                            CONTINUE THE JOINT CASE
13 C & H SUGAR COMPANY, INC.;               MANAGEMENT CONFERENCE
   KYLE STRADLEIGH (in his individual
14 and professional capacities); and DOES   Date: September 5, 2008
   1 through 100, Inclusive,                Time: 1:30 p.m.
15 Defendants.                              Courtroom: 2
                                            Judge: Hon. Jeffrey S. White
16

17

18

19    Plaintiff hereby requests and the parties stipulate to the continuance of the Case Management

20 Conference currently set for September 5, 2008. Plaintiff is requesting this continuance because counsel

21 for Plaintiff, Amanda Uhrhammer, is scheduled to undergo a medical procedure which cannot be delayed

22 on September 4, 2008 and from which she will be recovering on September 5, 2008. Plaintiff is

23 requesting a short continuance and counsel of record for all parties would be prepared to go forward on

24 September 12, 2008. This request is respectfully submitted.

25
   DATED: August 28, 2008
26                                          MASTAGNI, HOLSTEDT, AMICK,
                                            MILLER, JOHNSEN & UHRHAMMER
27
                                            Amanda Uhrhammer
28                                          Attorneys for Plaintiff JOAQUIN LEAL

---

REQUEST AND STIPULATION TO CONTINUE      Case No.   C 08-02030 JSW
THE CASE MANAGEMENT CONFERENCE      1

MASTAGNI, HOLSTEDT, AMICK
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

MASTAGNI HOLSTEDT AMIC Fax:916-447-4614          Aug 28 2008 11:29am P003/003

DATED: August 28, 2008               EPSTEIN, BECKER & GREEN, P.C.

                                     _____
                                     Andrew Sommer
                                     Attorneys for Defendants C&H SUGAR COMPANY,
                                     INC; KYLE STRADLEIGH

### ORDER

Based upon the above and good cause having been shown, IT IS ORDERED that the case management conference scheduled for September 5, 2008 is hereby vacated. The Case Management Conference is rescheduled to take place on _____ at _____ .m in Courtroom 2.

                                     _____
                                     JUDGE OF THE UNITED STATES
                                     DISTRICT COURT-NORTHERN DISTRICT

REQUEST AND STIPULATION TO CONTINUE        Case No.   C 08-02030 JSW
THE CASE MANAGEMENT CONFERENCE      2

MASTAGNI, HOLSTEDT, AMICK
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA