1  AMANDA UHRHAMMER/SBN 199445
   **MASTAGNI, HOLSTEDT, AMICK,**
2  **MILLER, JOHNSEN & UHRHAMMER**
   A Professional Corporation
3  1912 I Street
   Sacramento, CA 95811
4  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
5
   Attorneys for Plaintiff
6  JOAQUIN LEAL

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 JOAQUIN LEAL

                   Plaintiffs,
12 v.

13 C & H SUGAR COMPANY, INC.;
   KYLE STRADLEIGH (in his individual
14 and professional capacities); and DOES
   1 through 100, Inclusive,
15 Defendants.

16

17

18

| Case No.   C 08-02030 JSW |
|---|
| REQUEST AND STIPULATION TO CONTINUE THE JOINT CASE MANAGEMENT CONFERENCE |
| Date:    September 5, 2008 |
| Time:   1:30 p.m. |
| Courtroom:   2 |
| Judge: Hon. Jeffrey S. White |

19        Plaintiff hereby requests and the parties stipulate to the continuance of the Case Management

20 Conference currently set for September 5, 2008. Plaintiff is requesting this continuance because counsel

21 for Plaintiff, Amanda Uhrhammer, is scheduled to undergo a medical procedure which cannot be delayed

22 on September 4, 2008 and from which she will be recovering on September 5, 2008. Plaintiff is

23 requesting a short continuance and counsel of record for all parties would be prepared to go forward on

24 September 12, 2008. This request is respectfully submitted.

25

26 DATED: August 28, 2008

                              **MASTAGNI, HOLSTEDT, AMICK,**
27                            **MILLER, JOHNSEN & UHRHAMMER**

                              Amanda Uhrhammer
28                            Attorneys for Plaintiff JOAQUIN LEAL

---

REQUEST AND STIPULATION TO CONTINUE          Case No.   C 08-02030 JSW
THE CASE MANAGEMENT CONFERENCE          1

1

2    DATED: August 28, 2008                EPSTEIN, BECKER & GREEN, P.C.

3
                                          Andrew Sommer
4                                         Attorneys for Defendants C&H SUGAR COMPANY,
                                          INC; KYLE STRADLEIGH
5

6

7

8

9                                         **ORDER**

10       Based upon the above and good cause having been shown, IT IS ORDERED that the case

11   management conference scheduled for September 5, 2008 is hereby vacated. The Case Management

12   Conference is rescheduled to take place on September 12 at 1:30 p.m. .m in Courtroom 2.

13

14

15    Dated: August 29, 2008

16                                         JUDGE OF THE UNITED STATES
                                          DISTRICT COURT-NORTHERN DISTRICT
17

18

19

20

21

22

23

24

25

26

27

28

REQUEST AND STIPULATION TO CONTINUE     Case No.    C 08-02030 JSW
                                          THE CASE MANAGEMENT CONFERENCE         2