UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUI LEAL | No. C 08-02030 JCS |
| Plaintiff(s), | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** [Reassigned Case] |
| C & H SURGAR COMPANY | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Joseph C. Spero, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Telephonic Case Management Conference shall be held in this case on **October 10, 2008 at 1:30 p.m.**

The parties shall appear telephonically through counsel and shall notify be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of case management statements, no additional case management statements need be filed.

Counsel shall call the court at (415) 522-2035 no later than October 8, 2008 to advise the courtroom deputy of the telephone number to reach them on the day of the hearing.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**." One copy shall be clearly marked as a <u>chambers</u> copy.

Dated: September 24, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge